25,844-10

ROBERT JAMES WATSON TDCJ-ID NO.547826
ALFRED HUGHES UNIT
Rt.2 BOX 4400
GATESVILLE,TX.76597

Date: April 22,2015

TO:Abel Acosta,Clerk
    COURT OF CRIMINAL APPEALS
    P.O.BOX 12308,Capitol Station
    Austin,Texas 78711

RE:Tr.Ct.No.11-1543-CR-A        [WR-25,844-10]

Dear Clerk,
March 19,2015 my writ was filed in the district court it's not a successive
writ 11.07.I was notified by your office that the writ was recieved and
presented to the court 4/13/15.However,my concern is that the card reflects
the writ is being associated with WR-25,844-10? I reconize that number from
when I filed my writ in cause number 89-09-00928 a conviction I recieved
over 25 years ago.My question is...How is this First writ under cause No.-
11-1543-CR is under that number? Because to me it seems as if that will be
taken as if that's a 10th application under that cause number.
**Please** enlighten me to what's going on with that please sir.I'm asking you
in good faith.Please respond.

Thank You,

Robert James Watson

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 24 2015
Abel Acosta, Clerk